# UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT
### NEW HAVEN DIVISION

_____

| | |
|---|---|
| **MICHAEL H. LOTTO,** and<br>**ERNEST CANTEEN,** | )<br>) **JURY TRIAL DEMANDED**<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO.<br>)<br>) |
| **JEREMY S. TENDLER,** in his<br>individual capacity, | )<br>) ECF No. 1<br>) |
| **DAVID LINDBERG,** in his<br>individual capacity, | ) OCTOBER 25, 2021<br>) |
| **JASON BOURDEAU,** in his individual<br>capacity, | )<br>)<br>) |
| **JESSE NASON,** in his individual<br>capacity, | )<br>)<br>) |
| **MARK SCICHLIONE,** in his<br>Individual capacity, | )<br>)<br>) |
| **TONY LEBRON,** in his individual<br>capacity, | )<br>)<br>) |
| **STEVE COUGHLIN,** in his individual<br>capacity, | )<br>)<br>) |
| **STEVE BROWN,** in his individual<br>capacity, | )<br>)<br>) |
| **BRIAN MARTINEAU,** in his individual<br>capacity, | )<br>)<br>) |
| **JUSTIN LATHROP,** in his individual<br>capacity, | )<br>)<br>) |
| **JOE MASETTI,** in his individual<br>capacity, and, | )<br>)<br>) |
| **COLIN HARTNETT,** in his individual<br>capacity, | )<br>)<br>) |
| Defendants. | )<br>) |

_____ )



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

## COMPLAINT

Plaintiffs **MICHAEL LOTTO** and **ERNEST CANTEEN**, for their Complaint against Defendants, allege as follows:

## INTRODUCTION

1. This is a civil action for money damages brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and the *Fourth* and to the United States Constitution, against Defendants in their individual capacities;

2. Plaintiffs **MICHAEL LOTTO** and **ERNEST CANTEEN** allege that Defendants **JEREMY S. TENDLER, DAVID LINDBERG, JASON BOURDEAU, JESSE NASON, MARK SCICHLIONE, TONY LEBRON, STEVE COUGHLIN, STEVE BROWN, BRIAN MARTINEAU, JUSTIN LATHROP, JOE MASETTI,** and **COLIN HARTNETT** deprived Plaintiffs of their federally protected Constitutional rights by:

   a. obtaining a search warrant to search Plaintiffs' home without probable cause to do so,

   b. deliberately concealing exculpatory and other information necessary for a constitutionally-sound determination of probable cause to issue the search warrant,

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

c. unreasonably searching and seizing Plaintiffs' persons and property,

d. wrongfully and maliciously causing Plaintiffs to be arrested and prosecuted, and,

e. failing to intervene to protect Plaintiffs' Constitutional Rights;

## JURISDICTION AND VENUE

3. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 2201 over Plaintiffs' causes of action arising under the Constitution of the United States;

4. Venue properly lies in the United States District Court for the District of Connecticut pursuant to 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in the City of New Haven, New Haven County, Connecticut;

## PARTIES

5. At all times mentioned herein and relevant hereto, Plaintiff **MICHAEL LOTTO** is and was an adult citizen and resident of the City of New Haven, Connecticut, residing at 9 North Bank Street in New Haven, Connecticut;

**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 3 -

6. At all times mentioned herein and relevant hereto, Plaintiff **ERNEST CANTEEN** is and was an adult citizen and resident of the City of New Haven, Connecticut, residing at 9 North Bank Street in New Haven, Connecticut;

7. At all times mentioned herein and relevant hereto, Defendant **JEREMY S. TENDLER** was a sworn law enforcement officer of the United States pursuant to 18 U.S.C. § 3061, employed as a United States Postal Inspector with the United States Postal Inspection Service;

8. At all times mentioned herein and relevant hereto, Defendant **DAVID LINDBERG** was a sworn law enforcement officer of the United States pursuant to 18 U.S.C. § 3061, employed as a United States Postal Inspector with the United States Postal Inspection Service;

9. At all times mentioned herein and relevant hereto, Defendant **JASON BOURDEAU** was a sworn law enforcement officer of the United States pursuant to 18 U.S.C. § 3061, employed as a United States Postal Inspector with the United States Postal Inspection Service;

10. At all times mentioned herein and relevant hereto, Defendant **JESSE NASON** was a sworn law enforcement officer of the United States pursuant to 18 U.S.C. § 3061, employed as a



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 4 -

United States Postal Inspector with the United States Postal Inspection Service;

11. At all times mentioned herein and relevant hereto, Defendant **MARK SCICHLIONE** was a sworn law enforcement officer of the United States pursuant to 18 U.S.C. § 3061, employed as a United States Postal Inspector with the United States Postal Inspection Service;

12. At all times mentioned herein and relevant hereto, Defendant **TONY LEBRON** was a sworn law enforcement officer of the United States pursuant to 18 U.S.C. § 3061, employed as a United States Postal Inspector with the United States Postal Inspection Service;

13. At all times mentioned herein and relevant hereto, Defendant **STEVE COUGHLIN** was a sworn law enforcement officer of the United States pursuant to 18 U.S.C. § 3061, employed as a United States Postal Inspector with the United States Postal Inspection Service;

14. At all times mentioned herein and relevant hereto, Defendant **STEVE BROWN** was a sworn law enforcement officer of the United States pursuant to 18 U.S.C. § 3061, employed as a United States Postal Inspector with the United States Postal Inspection Service;



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS No. 440514

- 5 -

15. At all times mentioned herein and relevant hereto, Defendant **BRIAN MARTINEAU** was a sworn law enforcement officer of the United States pursuant to 18 U.S.C. § 3061, employed as a United States Postal Inspector with the United States Postal Inspection Service;

16. At all times mentioned herein and relevant hereto, Defendant **JUSTIN LATHROP** was a sworn law enforcement officer of the United States, employed as a Special Agent with the United States Drug Enforcement Administration;

17. At all times mentioned herein and relevant hereto, Defendant **JOE MASETTI** was a sworn law enforcement officer of the United States, employed as a Special Agent with the United States Drug Enforcement Administration;

18. At all times mentioned herein and relevant hereto, Defendant **COLIN HARTNETT** was a sworn law enforcement officer of the United States, employed as an Agent with the United States Department of Homeland Security;

19. Each Defendant named herein, *supra* ¶¶ 7-18, is sued in his or her individual capacity;

20. At all times mentioned herein and relevant hereto, each Defendant named herein, *supra* ¶¶ 7-18, was acting under color and authority of federal law;



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 6 -

## BACKGROUND

21. Between about November 2017 and May 2018, an inmate at Cheshire Correctional Institution, Jason A. Smith (Inmate # 344404), frequently mailed threatening and extortionate letters to Plaintiffs, demanding that Plaintiffs deposit funds into his inmate account;

22. Plaintiffs refused the demands and consequently Inmate Smith's letters became increasingly threatening and extortionate with each subsequent letter mailed to Plaintiffs, necessitating Plaintiffs filing a complaint with the Warden of Cheshire Correctional Institution in or about early April 2018;

23. From late March through early May 2018, Inmate Smith sent several letters to Plaintiffs, threatening to contact Plaintiff **MICHAEL LOTTO**'s employer and to make false allegations of misconduct and criminal conduct, unless Plaintiffs acquiesced to his money demands;

24. When Plaintiffs refused to acquiesce to the extortion demands, around the end of April 2018, Inmate Smith sent a letter to Plaintiff **MICHAEL LOTTO**'s employer, the United States Postal Service (USPS), falsely alleging that Plaintiffs were operating a narcotics enterprise and



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

purchasing counterfeit currency and narcotics on the dark web, and further falsely alleging that Plaintiff **MICHAEL LOTTO** utilized his position at the USPS to ensure packages of narcotics purchased on the dark web arrived safely at Plaintiffs' home;

25. Each allegation against Plaintiffs in the extortion letter is untrue;

26. Upon receiving Inmate Smith's letter at the USPS, Defendant **JEREMY S. TENDLER** opened an investigation into Plaintiffs;

27. Based upon the letter to the USPS regarding Plaintiff **MICHAEL LOTTO**, as part of Defendant **JEREMY S. TENDLER**'s investigation into the Plaintiffs, in May 2018 law enforcement arranged to meet with Inmate Smith at Cheshire Correctional Institution on two (2) separate occasions, where Inmate Smith reiterated the false allegations against Plaintiffs contained in his letter to the USPS;

28. Inmate Smith was compensated by law enforcement for the false information that he provided, and Inmate Smith received money from law enforcement in exchange for the false information;



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

29. At the time that Inmate Smith was paid by law enforcement for the false information, in the ten (10) years prior thereto, Inmate Smith had previous criminal convictions for:

    a. 6th degree Larceny,

    b. 6th degree Larceny,

    c. 2nd degree Larceny,

    d. 3rd degree Burglary,

    e. 3rd degree Burglary,

    f. 3rd degree Identity theft, and,

    g. 3rd degree Identity theft;

30. After Inmate Smith release from incarceration in August 2018, and despite his extensive criminal record of convictions for crimes of dishonesty and moral turpitude, as part of Defendant **JEREMY S. TENDLER'**s investigation into the Plaintiffs, law enforcement used Inmate Smith in two (2) attempts to make an undercover, controlled purchase of narcotics from Plaintiff Canteen;

31. During the first attempted controlled purchase on September 27, 2018, despite law enforcement maintaining constant surveillance, law enforcement failed to witness a hand-to-hand exchange between Smith and Plaintiff Canteen;



**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

32. During the second attempted controlled purchase on October 16, 2018, law enforcement witnessed Smith meeting and making a hand-to-hand exchange with an unidentified third party;

33. On October 18, 2018, based upon the information that he learned during his investigation, Defendant **JEREMY S. TENDLER** submitted an Application for Search Warrant and a supporting Affidavit to the United States District Court for the District of Connecticut;

34. In the supporting Affidavit, Defendant **JEREMY S. TENDLER** relies extensively on the information from Inmate Smith's letter and interviews, as well as the alleged controlled purchases made by Smith after his release from incarceration, in order to establish probable cause to search the home of Plaintiffs;

35. Indeed, the information learned from Inmate Smith's letter, interviews, and alleged controlled purchases formed a substantial part of Defendant **JEREMY S. TENDLER**'s Affidavit, and was material and necessary to the Court's determination whether probable cause existed to issue a Search Warrant to search Plaintiffs' home;



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

– 10 –

36. Without the information from Inmate Smith in Defendant **JEREMY S. TENDLER**'s Affidavit, there would be insufficient evidence to support a finding of probable cause;

37. Defendant **JEREMY S. TENDLER** willfully and intentionally omitted from his supporting Affidavit:

   a. The source of the information, Inmate Smith's recent criminal history, consisting of at least seven (7) prior convictions for crimes of dishonesty and moral turpitude,

   b. Inmate Smith's extortion scheme, demanding payments from Plaintiffs and threatening to contact Plaintiff Lotto's employer with damaging information and allegations if Plaintiffs failed to pay him,

   c. That the information that caused Defendant **JEREMY S. TENDLER** to open the investigation came from Inmate Smith's extortion letter that was sent because Plaintiffs refused to pay the ransom,

   d. That Inmate Smith was monetarily compensated by law enforcement for the information provided;

38. Inmate Smith's lengthy history of convictions for crimes of dishonesty, attempts to extort Plaintiffs for money, and



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 11 -

that he was monetarily compensated by law enforcement for the information that he provided, is all information directly related to Smith's honesty, truthfulness and propensity to lie;

39. Such information related to the honesty and truthfulness of a witness is necessary in Affidavits supporting search warrant applications because it is the only means for a neutral and detached magistrate to judge the veracity of the hearsay evidence contained therein;

40. Relying upon the representations of Defendant **JEREMY S. TENDLER** in the supporting affidavit, the United States District Court for the District of Connecticut (Merriam, J.) authorized the search warrant for Plaintiffs' home;

41. The Court (Merriam, J.) ordered that the search warrant and supporting affidavit be sealed until further order of the Court;

42. Defendant **JEREMY S. TENDLER**'s willful, intentional, and deceptive actions, deliberately withholding overwhelming evidence of Smith's propensity for dishonesty from the Magistrate, deprived the Magistrate of the opportunity to fairly and neutrally make a determination whether there is probable cause to issue the search warrant;



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

43. Inclusion of the overwhelming evidence of Smith's propensity for dishonesty in Defendant **JEREMY S. TENDLER**'s Affidavit undoubtedly would have led any neutral and detached magistrate to discredit the information obtained from Smith and deny the search warrant application for lack of probable cause;

44. On October 25, 2018, the search warrant was executed at the Plaintiffs' home, by, *inter alia*, Defendants **JEREMY S. TENDLER, DAVID LINDBERG, JASON BOURDEAU, JESSE NASON, MARK SCICHLIONE, TONY LEBRON, STEVE COUGHLIN, STEVE BROWN, BRIAN MARTINEAU, JUSTIN LATHROP, JOE MASETTI,** and **COLIN HARTNETT;**

45. As a result of Defendant **JEREMY S. TENDLER**'s investigation and upon execution of the search warrant, law enforcement did not locate any counterfeit currency, 'black-tar heroin,' or substantial amounts of crystal methamphetamine in Plaintiffs' home, as alleged in Inmate Smith's extortion letter;

46. Further, neither Defendant **JEREMY S. TENDLER**'s investigation nor execution of the search warrant, revealed any evidence to support the allegations in the extortion letter that Plaintiff Lotto utilized his position with the USPS to facilitate the delivery of narcotics shipments, nor



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

**- 13 -**

to support the allegation that Plaintiffs were purchasing narcotics off of the dark web;

47. Indeed, after execution of the search warrant, Plaintiffs were never arrested by federal law enforcement, were never charged with a federal offense, nor indicted for any federal offense;

48. Due to the Court's sealing order regarding the search warrant application and supporting affidavit, Plaintiffs did not receive a copy of the search warrant and supporting affidavit until June 20, 2019.

### CAUSES OF ACTION

**First Count – 4th Amendment - Unreasonable Search**

49. Defendant **JEREMY S. TENDLER** willfully withheld vital information regarding Smith's propensity for dishonesty to intentionally deceive the Court (Merriam, J.) to find probable cause to issue a search warrant for Plaintiffs' home;

50. Defendant **JEREMY S. TENDLER** knew or should have known that if the overwhelming evidence Smith's propensity for dishonesty was included in the supporting Affidavit, no

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 14 -

reasonable, neutral and detached magistrate could determine that probable cause existed to issue the search warrant;

51. In so acting as herein alleged, Defendant **JEREMY S. TENDLER** procured a search warrant through deception and deceit, which would not have issued had Defendant **JEREMY S. TENDLER** included the evidence of Smith's propensity for dishonesty in the supporting Affidavit;

52. The *Fourth Amendment* to the United States Constitution guarantees to Plaintiffs the right to be free from unreasonable searches of Plaintiffs' persons and property;

53. Defendant **JEREMY S. TENDLER** procured a search warrant for Plaintiffs' home without probable cause to do so, in violation of Plaintiffs' Constitutional right to be free from unreasonable searches pursuant to *Amendment Four* to the United States Constitution;

54. Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), Plaintiffs claim damages against Defendant **JEREMY S. TENDLER** for violating Plaintiffs' constitutional rights;

55. Defendants **DAVID LINDBERG, JASON BOURDEAU, JESSE NASON, MARK SCICHLIONE, TONY LEBRON, STEVE COUGHLIN, STEVE BROWN, BRIAN MARTINEAU, JUSTIN LATHROP, JOE MASETTI,** and **COLIN**



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

**HARTNETT** knew or should have known of Defendant **JEREMY S. TENDLER**'s intentional violation of Plaintiffs' *Fourth Amendment* rights, and said Defendants had a duty to intervene to prevent Defendant **JEREMY S. TENDLER** from violating Plaintiffs' *Fourth Amendment* rights, but failed, neglected, and refused to do so;

56. Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), Plaintiffs claim damages against Defendants **DAVID LINDBERG, JASON BOURDEAU, JESSE NASON, MARK SCICHLIONE, TONY LEBRON, STEVE COUGHLIN, STEVE BROWN, BRIAN MARTINEAU, JUSTIN LATHROP, JOE MASETTI,** and **COLIN HARTNETT** for failing to intervene to prevent Defendant JEREMY S. TENDLER from violating Plaintiffs' *Fourth Amendment* rights;

**Second Count – 4th Amendment – Unreasonable Seizure**

57-59. Plaintiffs hereby re-allege and incorporate by reference ¶¶ 49-51, to the same effect as if fully recited and restated herein;

60. During the execution of the search warrant, Plaintiffs' persons were seized and Plaintiffs' property was searched and seized;



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

61. The *Fourth Amendment* to the United States Constitution guarantees to Plaintiffs the right to be free from unreasonable seizures of Plaintiffs' persons and property

62. Defendant **JEREMY S. TENDLER** procured a search warrant for Plaintiffs' home without probable cause to do so, and in executing said search warrant, violated Plaintiffs' Constitutional rights to be free from unreasonable seizure pursuant to *Amendment Four* to the United States Constitution;

63. Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), Plaintiffs claim damages against Defendant **JEREMY S. TENDLER** for violating Plaintiffs' constitutional rights;

64. Defendants **DAVID LINDBERG, JASON BOURDEAU, JESSE NASON, MARK SCICHLIONE, TONY LEBRON, STEVE COUGHLIN, STEVE BROWN, BRIAN MARTINEAU, JUSTIN LATHROP, JOE MASETTI,** and **COLIN HARTNETT** knew or should have known of Defendant **JEREMY S. TENDLER**'s intentional violation of Plaintiffs' *Fourth Amendment* rights, and said Defendants had a duty to intervene to prevent Defendant **JEREMY S. TENDLER** from violating Plaintiffs' *Fourth Amendment* rights, but failed, neglected, and refused to do so;



**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 17 -

65. Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), Plaintiffs claim damages against Defendants **DAVID LINDBERG, JASON BOURDEAU, JESSE NASON, MARK SCICHLIONE, TONY LEBRON, STEVE COUGHLIN, STEVE BROWN, BRIAN MARTINEAU, JUSTIN LATHROP, JOE MASETTI,** and **COLIN HARTNETT** for failing to intervene to prevent Defendant **JEREMY S. TENDLER** from violating Plaintiffs' Fourth Amendment rights;

**Third Count – 6th Amendment – Wrongful Prosecution**

66-68. Plaintiffs hereby re-allege and incorporate by reference ¶¶ 49-51, to the same effect as if fully recited and restated herein;

69. During the execution of the search warrant, Plaintiff Canteen was taken into custody and ultimate charged by the Connecticut State Police and prosecuted by the State of Connecticut;

70. Likewise, sometime after the execution of the search warrant, in or about April 2019, Plaintiff Lotto was arrested by the Connecticut State Police on a warrant stemming from the execution of the search warrant;

**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

**- 18 -**

71. The *Sixth Amendment* to the United States Constitution guarantees to Plaintiffs the due process right to be free from wrongful prosecutions without probable cause;

72. Defendant **JEREMY S. TENDLER** procured a search warrant for Plaintiffs' home without probable cause to do so, and in executing said search warrant, caused Plaintiffs to be wrongfully arrested and prosecuted, in violation of Plaintiffs' Constitutional due process right to be free from wrongful prosecutions without probable cause pursuant to *Amendment Six* to the United States Constitution;

73. Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), Plaintiffs claim damages against Defendant **JEREMY S. TENDLER** for violating Plaintiffs' constitutional rights;

74. Defendants **DAVID LINDBERG, JASON BOURDEAU, JESSE NASON, MARK SCICHLIONE, TONY LEBRON, STEVE COUGHLIN, STEVE BROWN, BRIAN MARTINEAU, JUSTIN LATHROP, JOE MASETTI**, and **COLIN HARTNETT** knew or should have known of Defendant **JEREMY S. TENDLER**'s violation of Plaintiffs' *Sixth Amendment* rights, and said Defendants had a duty to intervene to prevent Defendant **JEREMY S. TENDLER** from violating Plaintiffs' *Sixth Amendment* rights, but failed, neglected, and refused to do so;



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

75. Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), Plaintiffs claim damages against Defendants **DAVID LINDBERG, JASON BOURDEAU, JESSE NASON, MARK SCICHLIONE, TONY LEBRON, STEVE COUGHLIN, STEVE BROWN, BRIAN MARTINEAU, JUSTIN LATHROP, JOE MASETTI,** and **COLIN HARTNETT** for failing to intervene to prevent Defendant **JEREMY S. TENDLER** from violating Plaintiffs' Fourth Amendment rights.

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

– 20 –

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs **MICHAEL LOTTO** and **ERNEST CANTEEN** Respectfully Pray and Claim that this Honorable Court:

A. Enter judgment in favor of Plaintiffs and against Defendants; and,

B. Award Plaintiffs compensatory and punitive damages against Defendants;

## JURY TRIAL DEMAND

Plaintiffs demand a jury trial, pursuant to the *Seventh Amendment* to the Constitution of the United States, as to all claims for damages.

**RESPECTFULLY SUBMITTED,**
**FOR THE PLAINTIFFS,**
**BY THEIR ATTORNEY:**

**MICHAEL J. HABIB, ESQ. (CT29412)**
Willcutts & Habib LLC
100 Pearl St., FL. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
E-Mail: Mike@InzitariLawOffice.com



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514