**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

```
_____
MICHAEL H. LOTTO et al.    )
                           )
           Plaintiffs,     )
                           )        CASE NO. 3:21-CV-01417 (VLB)
v.                         )
                           )
JEREMY S. TENDLER et al.   )        ECF No. 7
                           )
           Defendants.     )
_____)        OCTOBER 26, 2021
```

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915

**COME NOW** the Plaintiffs in the above-captioned action, **MICHAEL LOTTO and ERNEST CANTEEN**, by and through Undersigned Counsel, and hereby Respectfully Request leave of this Honorable Court to commence this civil action without prepayment of fees, costs, or security therefor, pursuant to 28 U.S.C. § 1915.

In support hereof, Plaintiffs each submit the attached Financial Affidavits and state that:

(1) Plaintiffs are unable to pay such fees, costs, or give security therefor due to indigence;

(2) Plaintiffs have a good-faith basis to believe that Plaintiffs are entitled to commence this



**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

**1**

action against the Defendants and are entitled to the relief requested;

(3) Plaintiffs have NOT pre-paid any costs or fees to Undersigned Counsel, and Undersigned Counsel's services are being provided *pro-bono*, without any agreement or expectation of payment from any possible recovery in this action;

(4) Plaintiffs will cause to be served on each Defendant via U.S.P.S. First-Class Mail, postage pre-paid:

    a. Form AO-398 "Notice of a Lawsuit and Request to Waive Service of a Summons";

    b. Two (2) copies of Form AO-399 "Waiver of the Service of Summons";

    c. Plaintiffs' Complaint; and,

    d. Stamped, postage pre-paid, self-addressed return envelope;

(5) Plaintiffs will cause to be served on each mandatory notice party, to wit: The Honorable Merrick Garland, Attorney General of the United States, and The Office of the United States Attorney's for the District of Connecticut, via


WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

        U.S.P.S. Certified Mail, Return Receipt Requested, postage pre-paid:

        a. a copy of Form AO-398 "Notice of a Lawsuit and Request to Waive Service of a Summons" for each Defendant;

        b. Two (2) copies of Form AO-399 "Waiver of the Service of Summons" for each Defendant; and,

        c. Plaintiffs' Complaint;

(6) If any Defendant fails to return an executed "Waiver of the Service of Summons, Plaintiffs Respectfully Request that this Honorable Court direct the United States Marshal's Service to serve process, with the non-responding Defendant to bear the costs of service by the U.S. Marshal's Service.

**WHEREFORE**, for the aforementioned reasons, and based upon the attached financial disclosures, Plaintiffs Respectfully Request leave of this Honorable Court to commence this civil action without prepayment of fees, costs, or security therefor, pursuant to 28 U.S.C. § 1915.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

**DATED AT <u>NEW HAVEN</u> THIS <u>26TH</u> DAY OF <u>OCTOBER</u>, <u>2021</u>.**

                                   **RESPECTFULLY SUBMITTED,**
                                   **FOR THE PLAINTIFFS,**
                                   **BY THEIR ATTORNEY:**

                                   _/s/ Michael J. Habib_
                                   **MICHAEL J. HABIB, ESQ. (CT29412)**
                                   Willcutts & Habib LLC
                                   100 Pearl St., FL. 14
                                   Hartford, CT 06103-4500
                                   Tel: (860) 249-7071
                                   Fax: (860) 863-4625
                                   E-Mail: Mike@InzitariLawOffice.com

**Willcutts & Habib LLC**
100 Pearl St., 14th Flr.
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
Firm Juris No. 440514

**4**