# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. §1915

Michael Lotto et al.                              ,
Plaintiff(s),

    v.     Case No.  3:21-CV-01417-VLB

Jeremy S. Tendler et al.                          ,
Defendant(s).

I declare that:

    (1)    I am unable to pay such fees, costs, or give security therefor.

    (2)    I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single  ✓     Married ____   Separated ____   Divorced ____
If separated or divorced, are you paying any support?  Yes ____   No ____
Dependents:  Spouse ____   Children # ____   Others # _1_
Describe any others you support: _____
How many children **under the age of 18** do you support financially?  _0_

**RESIDENCE**
Street Address: 9 N Bank St._____
City: __New Haven_____   State: _CT_____
Zip Code: _06511_____   Telephone: _(203) 535-7791_____

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School    K 1 2 3 4 5 6 7 8    High School    9 10 11 12
College    1 2 3 ④    Post-Graduate    1 2 3 4

2

**INCOME**
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long have you worked for this employer? _____
Gross weekly income before taxes or other deductions: _____

If <u>self-employed</u> state gross weekly income before taxes and deductions: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since (DATE): March 30, 2020 _____
The name of my last employer:   United States Postal Service _____
Address:   50 Brewery St., New Haven, CT _____   Telephone #: (   ) _____
Last gross weekly income received : $1,200.00 _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Gross weekly income before taxes or other deductions: _____
What is the nature of spouse's employment? _____

If receiving <u>government cash benefits (such as SAGA or AFDC)</u>, complete the following:
I have been receiving these benefits since: _____
I am receiving $_____ per month for myself and the following family members _____.

If receiving <u>social security</u>, <u>disability</u>, <u>workers' compensation</u> or <u>unemployment</u> benefits, complete the following:
I have been receiving (TYPE)  Unemployment Benefits   benefits since (DATE) March 2020 .
I am receiving $ $2,500  per month.

Do you receive <u>any other income</u>, of any kind?      Yes ____   No  ✓
If yes, how much? $_____ per _____ (week, month, or year)
What is the source of this income? _____
_____

**ASSETS**
Do you own any real property, such as land or a house?   Yes  ✓   No ____
If yes, what kind of property is it?   Single Family home _____
Property Address:  9 N Bank St _____
Whose name is the property in? Michael Lotto _____
Estimated value: $329,560 _____

3

Amount owed: approximately $280,000   Owed to: JP Morgan
Total: _____   Monthly payment approximately $2,200
Annual income from rental or other use of property: $0

Other property:
Automobile:  Make Ford   Model Ranger   Year 2002
Registered owner(s) name(s): Michael Lotto
Present value of automobile: $1,175.00   Amount Owed: $0

Do you own any other valuable property, such as boats, motorcycles, or machinery?
If yes, please describe the property and provide its estimated value:
NA
_____
_____

Cash on hand:
Balance in savings, money market, and similar accounts: $0
Balance in checking accounts: $450

Stocks, bonds, mutual funds or other investments owned:
Total value of investments: $0
Describe the nature of the investments: N/A

**OBLIGATIONS:**
Monthly rental on house or apartment:            $ N/A
Monthly mortgage payment on house:               $ $2,200
Gas/heating oil bill per month:                  $ $150.00
Electric bill per month:                         $ $150.00
Phone bill per month:                            $ $60.00
Car payments per month:                          $ N/A
Car insurance payments per month:                $ $78.00
Other types of insurance payments per month      $ N/A
Monthly payments on outstanding debts:           $ N/A
    Please list:_____         $ N/A
    Please list:_____         $ N/A
    Please list:_____         $ N/A
    Please list:_____         $ N/A
Alimony or child support payments:               $ N/A
Estimated monthly expenditure on food:           $ $250.00
Estimated monthly expenditure on clothing:       $ $50.00
Other necessary expenditures:
    _____                     $ N/A

**Total amount of monthly obligations:**         $ 2,938.00

4

Do you owe any money other than mortgage or auto loans?
List the amount of each debt below, and to whom it is owed.
Debt owed to: _____ $_____
Debt owed to: _____ $_____
Debt owed to: _____ $_____

Other information pertinent to financial status:
Primary residence is presently in foreclosure, as since going on medical leave from work in July 2019, which job I was terminated from in March 2020, I have been unable to make the monthly mortgage payments.
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in federal court, provide the following information for each case you have filed. **All prior cases must be listed.** If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | 3:17-CV-00466 | Lotto et al. v. Luzzi et al. | Dismissed after Settlement at Settlement Conference with Magistrate Judge |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/26/2021                         _____
                                           **Original Signature of Affiant**

(Rev. 9-17-20)