## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### FINANCIAL AFFIDAVIT IN SUPPORT OF
### MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
### PURSUANT TO 28 U.S.C. §1915

_____Michael Lotto et al._____,
Plaintiff(s),

    v.                                                                Case No.   3:21-CV-01417-VLB

_____Jeremy S. Tendler et al._____,
Defendant(s).

I declare that:

    (1)    I am unable to pay such fees, costs, or give security therefor.

    (2)    I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single __✓__   Married ____   Separated ____   Divorced ____
If separated or divorced, are you paying any support?   Yes ____   No ____
Dependents:   Spouse _0_   Children # _0_   Others # _0_
Describe any others you support: _____
How many children **under the age of 18** do you support financially? _0_____

**RESIDENCE**
Street Address: _9 N Bank St_____
City: ____New Haven_____   State: __CT_____
Zip Code: _06511_____   Telephone: _(475) 206-9914_____

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8   High School   9 10 11 12
College   (1) 2 3 4   Post-Graduate   1 2 3 4

**INCOME**
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long have you worked for this employer?  _____
Gross weekly income before taxes or other deductions:  _____

If <u>self-employed</u> state gross weekly income before taxes and deductions: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since (DATE):_____
The name of my last employer:     _____
Address: _____  Telephone #: (___)_____
Last gross weekly income received : _____

If <u>spouse</u> is employed, please complete the following:
Name of employer:_____
How long employed: _____
Gross weekly income before taxes or other deductions:  _____
What is the nature of spouse's employment? _____

If receiving <u>government cash benefits (such as SAGA or AFDC)</u>, complete the following:
I have been receiving these benefits since: _____
I am receiving $_____ per month for myself and the following family members _____.

If receiving <u>social security</u>, <u>disability</u>, <u>workers' compensation</u> or <u>unemployment</u> benefits, complete the following:
I have been receiving (TYPE) __Disability_____ benefits since (DATE) __July 2021___.
I am receiving $_529.34____ per month.

Do you receive <u>any other income</u>, of any kind?     Yes _____    No __✓__
If yes, how much? $_____ per _____ (week, month, or year)
What is the source of this income? _____
_____


**ASSETS**
Do you own any real property, such as land or a house?   Yes _____    No __✓__
If yes, what kind of property is it?_____
Property Address: _____
Whose name is the property in? _____
Estimated value:_____

3

Amount owed: _____   Owed to: _____
Total: _____   Monthly payment _____
Annual income from rental or other use of property: _____

<u>Other property:</u>
Automobile:   Make  GMC              Model  SUBURBAN       Year  1993
Registered owner(s) name(s):  MICHAEL LOTTO _____
Present value of automobile:  $1,425            Amount Owed:  $0

Do you own any other valuable property, such as boats, motorcycles, or machinery? If yes, please describe the property and provide its estimated value:
 NONE
_____
_____

<u>Cash on hand:</u>
Balance in savings, money market, and similar accounts:  $0.00
Balance in checking accounts:  -$110

<u>Stocks, bonds, mutual funds or other investments owned</u>:
Total value of investments:  $0
Describe the nature of the investments:  N/A

**OBLIGATIONS:**
Monthly rental on house or apartment:        $ $200.00
Monthly mortgage payment on house:           $_____
Gas/heating oil bill per month:              $_____
Electric bill per month:                     $_____
Phone bill per month:                        $ $60.00
Car payments per month:                      $_____
Car insurance payments per month:            $_____
Other types of insurance payments per month  $_____
Monthly payments on outstanding debts:       $_____
   Please list:_____    $_____
   Please list:_____    $_____
   Please list:_____    $_____
   Please list:_____    $_____
Alimony or child support payments:           $_____
Estimated monthly expenditure on food:       $ $150.00
Estimated monthly expenditure on clothing:   $ $50.00
Other necessary expenditures:
   _____              $_____

**Total amount of monthly obligations:**     $ 460.00

4

Do you owe any money other than mortgage or auto loans?
List the amount of each debt below, and to whom it is owed.
    Debt owed to: _____  $_____
    Debt owed to: _____  $_____
    Debt owed to: _____  $_____

Other information pertinent to financial status:
_____
_____
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in federal court, provide the following information for each case you have filed. **All prior cases must be listed.** If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | 3:17-CV-00466 | Lotto et al. v. Luzzi et al. | Dismissed after Settlement at Settlement Conference with Magistrate Judge |
| 2. | | | |
| 3. | | | |
| 4. | | | |

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/26/2021                          _____
                                              **Original Signature of Affiant**

(Rev. 9-17-20)

5