AO 240A  (Rev. 01/09)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| *Defendant* | ) | |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

❒ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

❒ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and [USM-285](USM-285) form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

❒ Denied:

This application is denied for these reasons:

Date: _____

_____
*Judge's signature*

_____
*Printed name and title*