**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

```
_____
MICHAEL H. LOTTO et al.     )
                            )
            Plaintiffs,     )
                            )      CASE NO. 3:21-CV-1417 (VLB)
v.                          )
                            )
JEREMY S. TENDLER et al.    )      ECF No. 10
                            )
            Defendants.     )
_____)      FEBRUARY 11, 2022
```

**CERTIFICATE OF SERVICE**

In accordance with the Order of the Clerk of this Honorable Court dated FEBRUARY 02, 2022, the Undersigned Counsel for the Plaintiffs hereby certifies that on this the **11th** day of **FEBRUARY**, in the year **2022**, the following documents listed in Section 1, below, were served via electronic mail (e-Mail), with the prior written consent of consent of Counsel for each of the parties to accept electronic service on behalf of each party, on the following parties listed in Section 2, below:

1. **Documents Served**:

   1) Form AO398, *Notice of Lawsuit and Request to Waiver Service of a Summons*, for each named Defendant;

   2) Form AO399, *Waiver of the Service of Summons*, for each named Defendant;

   3) Plaintiffs' Complaint (ECF 1);



**WILLCUTTS & HABIB LLC**
**100 PEARL ST., 14TH FLR.**
**HARTFORD, CT 06103-4500**
**TEL: (860) 249-7071**
**FAX: (860) 863-4625**
**FIRM JURIS NO. 440514**

   4) Order on Pretrial Deadlines (ECF 2);

   5) ELECTRONIC FILING ORDER FOR COUNSEL (ECF 3);

   6) STANDING PROTECTIVE ORDER (ECF 4);

   7) ORDER RE: Judge's Chambers Practices (ECF 5);

   8) MOTION for Leave to Proceed *In Forma Pauperis* (ECF 7);

   9) NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES (ECF 9).

 2. **Parties Served via electronic mail (e-Mail)**:

**JEREMY S. TENDLER**
c/o John W. Larson, Esq.
Asst. United States Attorney
District of Connecticut
e-Mail: John.Larson@usdoj.gov

**STEVE COUGHLIN**
c/o John W. Larson, Esq.
Asst. United States Attorney
District of Connecticut
e-Mail: John.Larson@usdoj.gov

**DAVID LINDBERG**
c/o John W. Larson, Esq.
Asst. United States Attorney
District of Connecticut
e-Mail: John.Larson@usdoj.gov

**STEVE BROWN**
c/o John W. Larson, Esq.
Asst. United States Attorney
District of Connecticut
e-Mail: John.Larson@usdoj.gov

**JASON BOURDEAU**
c/o John W. Larson, Esq.
Asst. United States Attorney
District of Connecticut
e-Mail: John.Larson@usdoj.gov

**BRIAN MARTINEAU**
c/o John W. Larson, Esq.
Asst. United States Attorney
District of Connecticut
e-Mail: John.Larson@usdoj.gov

**JESSE NASON**
c/o John W. Larson, Esq.
Asst. United States Attorney
District of Connecticut
e-Mail: John.Larson@usdoj.gov

**JUSTIN LATHROP**
c/o John W. Larson, Esq.
Asst. United States Attorney
District of Connecticut
e-Mail: John.Larson@usdoj.gov

**MARK SCICHLIONE**
c/o John W. Larson, Esq.
Asst. United States Attorney
District of Connecticut
e-Mail: John.Larson@usdoj.gov

**JOE MASETTI**
c/o John W. Larson, Esq.
Asst. United States Attorney
District of Connecticut
e-Mail: John.Larson@usdoj.gov



**WILLCUTTS & HABIB LLC**
**100 PEARL ST., 14TH FLR.**
**HARTFORD, CT 06103-4500**
**TEL: (860) 249-7071**
**FAX: (860) 863-4625**
**FIRM JURIS NO. 440514**

| | |
|---|---|
| **TONY LEBRON**<br>c/o John W. Larson, Esq.<br>Asst. United States Attorney<br>District of Connecticut<br>e-Mail: John.Larson@usdoj.gov | **COLIN HARTNETT**<br>c/o John W. Larson, Esq.<br>Asst. United States Attorney<br>District of Connecticut<br>e-Mail: John.Larson@usdoj.gov |

Dated at **NEW HAVEN, CONNECTICUT** this **11**$^{TH}$ day of **FEBRUARY**, **2022**.

_____
MICHAEL J. HABIB, ESQ. (CT29412)

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 3 -