UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL H. LOTTO et al.,** | : | Case No. 3:21-cv-1417(VLB) |
|     **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JEREMY S. TENDLER et al.,** | : | |
|     **Defendants.** | : | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all counsel and parties of record

I am admitted to practice in this court, and I appear in this case as counsel for the defendants.

**Date: April 1, 2022**

Respectfully submitted,

Leonard C Boyle
United States Attorney

  /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov