UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL H. LOTTO et al., | : | Case No. 3:21-cv-1417(VLB) |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JEREMY S. TENDLER et al., | : | |
|    Defendants. | : | April 1, 2022 |

### CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Local Civil Rule 7(b), the defendants respectfully move the court for a thirty-day extension of time, to and including May 12, 2022, within which to file a pleading responsive to the plaintiffs' complaint. Michael Habib, counsel for the plaintiffs, has indicated that he does not object to the relief requested. In support of this motion, the defendants state as follows:

    1.    On October 25, 2021, the plaintiffs filed this three-count <u>Bivens</u> action against the twelve named defendants, all of whom were acting in their capacity as federal law enforcement officials at the time of the relevant conduct.

    2.    On October 26, 2021, the plaintiffs filed a motion for leave to proceed in forma pauperis, which motion was granted on February 2, 2022.

    3.    On February 11, 2022, the plaintiffs served the defendants by email to the undersigned, whom the defendants each had agreed to appoint for service of process.

4.     Pursuant to Fed. R. Civ. P. 12(a)(3), the defendants' responsive pleading is due on April 12, 2022.

5.     There is good cause for the requested extension because the undersigned needs additional time to meet and confer individually with the twelve named defendants, all of whom have requested and received representation from the Department of Justice and have been sued in their individual capacities.  The defendants were involved in the underlying investigation to varying degrees, and their defenses therefore require particularized attention.  Based on the number of individuals named as defendants in the complaint, as well as the fact that some of the defendants are no longer local to the area, the undersigned respectfully submits that a thirty-day extension of time is appropriate.

6.     This is the defendants' first motion for extension of time directed to the pleading deadline.

7.     Counsel for the plaintiffs does not object to the relief requested herein.

WHEREFORE, for the foregoing reasons, the defendants respectfully move the court for an extension of time of thirty days, to and including May 12, 2022, within which to respond to the plaintiffs' complaint.

**Respectfully submitted,**

**Leonard C Boyle
United States Attorney**

  **/s/**
**John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov**