UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL H. LOTTO et al., | : | Case No. 3:21-cv-1417(VLB) |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JEREMY S. TENDLER et al., | : | |
|    Defendants. | : | May 12, 2022 |

### MOTION TO DISMISS

     Pursuant to Federal Rule of Civil Procedure 12(b)(6), the defendants respectfully move the court to dismiss the complaint in the above-captioned case. All defendants are entitled to qualified immunity on the three-count <u>Bivens</u> complaint in this case because the complaint fails to state a claim for a violation of a clearly established constitutional right on any of the three counts. This motion is supported by the attached memorandum of law and Exhibit A.

     WHEREFORE, as set forth in greater detail in the attached memorandum of law, the defendants respectfully move the court to dismiss the complaint in its entirety.

Respectfully submitted,

Vanessa Roberts Avery
United States Attorney

  /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov