UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL H. LOTTO et al.,** | : | Case No. 3:21-cv-1417(VLB) |
|     Plaintiffs, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JEREMY S. TENDLER et al.,** | : | |
|     Defendants. | : | May 15, 2022 |

## MOTION TO UNSEAL EXHIBIT

The defendants respectfully move the court to unseal Exhibit A to the defendants' motion to dismiss. In support of this motion, the defendants state the following:

1. On May 12, 2022, the defendants filed a motion to dismiss the complaint (docket no. 14). In support of the motion, the defendants attached as Exhibit A the October 18, 2018 affidavit of Jeremy Tendler in support of a search warrant application for the plaintiffs' residence (docket no. 15).

2. Also on October 18, 2018, Magistrate Judge Merriam ordered sealed the papers associated with the search warrant application, including Tendler's affidavit. The order specified that those documents would remain sealed until April 18, 2019.

3. Although the court's sealing order has expired, it appears that the docket (3:18mj1621) remains sealed. Therefore, out of an abundance of

caution, the defendants filed Exhibit A to their motion to dismiss under seal.

4.     Nevertheless, since the sealing order has expired, and since there are no longer compelling reasons for the Tendler affidavit to remain sealed, unsealing Exhibit A is warranted.

WHEREFORE, the defendants respectfully move the court to unseal Exhibit A to the defendants' motion to dismiss, which exhibit is docketed at entry no. 15.

Respectfully submitted,

Vanessa Roberts Avery
United States Attorney

  /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov