# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL H. LOTTO et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 3:21-CV-1417 (VLB) |
| v. ) | |
| ) | |
| JEREMY S. TENDLER et al. ) | ECF No. 20 |
| ) | |
| Defendants. ) | |
| ) | MAY 26, 2022 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' *MOTION TO DISMISS*

*COME NOW* the Plaintiffs in the above-captioned action, MICHAEL H. LOTTO and ERNEST L. CANTEEN, by and through Undersigned Counsel, and hereby Respectfully *MOVE* this Honorable Court for a thirty-three (33) day extension of time within which to file a responsive pleading to Defendants' *Motion to Dismiss* (ECF # 14), up to and including July 5, 2022, pursuant to *D. Conn. L. Civ. R.* 7(b).

### COMPLIANCE WITH *LOCAL RULE* 7(B)(2)

Pursuant to *D. Conn. L. Civ. R.* 7(b)(2), the Undersigned inquired of Defendants' Counsel via e-mail as to the herein requested extension of time prior to the filing of this *Motion*. Defendants' Counsel has no objection to the requested extension.

1

**This *Motion* is Plaintiffs' <u>first</u> *Motion for Extension of Time* with respect to Plaintiffs' response to Defendants' *Motion to Dismiss*.**

### BRIEF PROCEDURAL HISTORY

**Plaintiffs filed this *Bivens* action under 42 USC §1983 against the Defendants, who are or were at all relevant times members of federal law enforcement, on October 25, 2021.  See, generally, <u>Compl.</u> (ECF # 1.) Defendants appeared, through Counsel, on April 1, 2022.  See <u>Notice of Appearance</u> (ECF # 11.)**

**Also on April 1, 2022, Defendants moved this Honorable Court, with Plaintiffs' consent, for an extension of time, through and including May 12, 2022, within which to file a responsive pleading to Plaintiffs' *Complaint*.  (ECF # 12.) By *Order* dated April 4, 2022, this Honorable Court (Bryant, J.) granted Defendants' consent *Motion for Extension of Time*.  (ECF # 13.)**

**On May 12, 2022, Defendants timely responded to Plaintiffs' *Complaint* by filing a *Motion to Dismiss* (ECF # 14), to which the instant *Motion for Extension of Time* pertains.  Further, on May 15, 2022, Defendants filed a *Motion to Stay*, to which Plaintiffs do not object, requesting a stay of deadlines and discovery pending resolution of Defendants' *Motion to Dismiss*.  This Honorable Court has not yet acted upon Defendants' *Motion to Stay*.**

### ARGUMENT

**Plaintiffs, through Undersigned Counsel, Respectfully Move this Honorable Court for an extension of thirty-three (33) days within which to file a**

**2**

responsive pleading to Defendants' Motion to Dismiss (ECF # 14), up to and including July 5, 2022, pursuant to D. Conn. L. Civ. R. 7(b).

In support thereof, the Undersigned avers that the additional period of time is necessary to properly research the cited case law, compile any necessary evidentiary support, and to draft an appropriate *Objection* and *Memorandum of Law in Opposition* to the Defendants' *Motion to Dismiss*.

When Defendants' *Motion to Dismiss* was filed on May 12, 2022, the Undersigned was in the midst of preparing an appellate brief and appendix in the Connecticut Appellate Court, which was due on Monday, May 16, 2022, and was ultimately filed on Wednesday, May 18, 2022, after the Appellate Court granted an extension through Thursday, May 19, 2022.  The following day, Thursday, May 19, 2022, the Undersigned then had to file a probate estate related to a forthcoming wrongful death claim, followed by the preparation and drafting of a *Motion for Reconsideration* of a Connecticut trial court's denial of summary judgment, which was due on Tuesday, May 24, 2022.

In the coming weeks, the Undersigned has between 3 and 5 in-person court appearances per-week in various criminal matters across the state. Further, the Undersigned has forthcoming deadlines for another appellate brief and appendix in the Connecticut Appellate Court due on June 8, 2022, as well as two appellate briefs and appendices for two appellate matters pending in the 2nd Circuit Court of Appeals.

As a result of the Undersigned's schedule of court appearances and impending deadlines for appellate briefs and appendices, the Undersigned

3

requires additional time in order to adequately respond to Defendants' *Motion to Dismiss* in this action.

## REQUEST FOR RELIEF

WHEREFORE, for the foregoing reasons, Plaintiffs Respectfully MOVE this Honorable Court for an extension of thirty-three (33) days within which to file a responsive pleading to Defendants' *Motion to Dismiss* (ECF # 14), up to and including July 5, 2022, pursuant to *D. Conn. L. Civ. R.* 7(b).

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS,
BY THEIR ATTORNEY,

 /S/  Michael J. Habib, Esq. (CT29412)
**MICHAEL J. HABIB, ESQ.** (CT29412)
Willcutts & Habib LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
E-Mail: Mike@InzitariLawOffice.com

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ ) | |
| MICHAEL H. LOTTO et al.   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | CASE NO. 3:21-CV-1417 (VLB) |
| v.   ) | |
| ) | |
| JEREMY S. TENDLER et al.   ) | ECF No. 20 |
| ) | |
| Defendants.   ) | |
| _____ ) | MAY 26, 2022 |

### CERTIFICATE OF SERVICE

I hereby certify that on **MAY 25, 2022**, a copy of the foregoing **MOTION FOR EXTENSION OF TIME** was filed electronically and served by mail on anyone unable to accept electronic filing, in accordance with the following service list:

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's CM/ECF System.

Dated at **NEW HAVEN, CONNECTICUT** this **25**TH day of **MAY**, **2022**.

    /S/  Michael J. Habib, Esq. (CT29412)
    **MICHAEL J. HABIB, ESQ.** (CT29412)