### UNITED STATES DISTRICT COURT
#### DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL H. LOTTO et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JEREMY S. TENDLER et al. ) <br> ) <br> Defendants. ) | CASE NO. 3:21-CV-1417 (VLB) <br><br> ECF No. 24 <br><br> JUNE 10, 2022 |

### JOINT REQUEST FOR TEMPORARY EXEMPTION
### FROM LOCAL RULE 26(f) OBLIGATIONS

COME NOW the Plaintiffs and Defendants in the above-captioned action, and Hereby Jointly Respectfully Request a <u>temporary exemption</u> from the parties' Local Rule 26(f) obligations, until after resolution of the Defendants' pending Motion to Dismiss, pursuant to FRCP R. 26(c).

In support hereof, the Parties Respectfully Represent that:

1. The two (2) Plaintiffs have brought this action under *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against twelve (12) Defendants, who are all members of federal law enforcement, for alleged violations of Plaintiffs' civil rights;

2. On May 12, 2022, the Defendants all filed a *Motion to Dismiss* (ECF # 14), arguing that qualified immunity requires dismissal of this action;

3. Pursuant to this Honorable Court's May 26, 2022 *Order* (ECF # 21) granting Plaintiffs' *Motion for Extension of Time* (ECF # 20), Plaintiffs' response to Defendants' *Motion to Dismiss* is currently due on July 5, 2022;

4. On May 15, 2022, Defendants' all filed a *Motion for Stay*, to which Plaintiffs' do not object, requesting a temporary stay of all discovery, including the Parties' Local Rule 26(f) obligations, until after resolution of the Defendants' *Motion to Dismiss*;

5. Also on May 26, 2022, this Honorable Court entered an *Order* (ECF # 22) deferring a ruling on the *Motion for Stay* pending full briefing of the Defendants' *Motion to Dismiss*;

6. All twelve (12) Defendants are federal law enforcement officers, and all three (3) counts of Plaintiffs' *Complaint* allege violations of Plaintiffs' civil rights while all Defendants, sued in each Defendant's individual capacity, were allegedly acting under color of federal law;

7. As a result, this Honorable Court's application of qualified immunity to the Defendants, as argued in Defendants' *Motion to Dismiss*, would necessarily entirely dispose of Plaintiffs' claims;

8. It is axiomatic under our qualified immunity jurisprudence that qualified immunity is a threshold inquiry and that discovery should not be allowed until the immunity question is resolved.  *See Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982).  It is further well-settled in the

Second Circuit that "[t]he purpose of early determinations of immunity defenses is, after all, to lift the burdens of litigation from a defendant who should not be a party at all." *Smith v. Regan*, 841 F.2d 28, 31 (2d Cir. 1988);

9. Because of the large number of Defendants in this action, discovery will inevitably be protracted and costly for both Plaintiffs and Defendants;

10. Given Defendants' immunity claims raised in Defendants' *Motion to Dismiss*, this Honorable Court's resolution of the *Motion* in Defendants' favor would in al likelihood necessarily terminate this litigation; and,

The Plaintiffs and Defendants Jointly Respectfully Submit that the above constitutes good cause for a temporary exemption from the parties' Local Rule 26(f) obligations, pending final resolution of the Defendants' *Motion to Dismiss*.

WHEREFORE for the foregoing reasons, the Plaintiffs and Defendants Respectfully Request that this Honorable Court GRANT a temporary exemption from the parties' Local Rule 26(f) obligations. The parties Respectfully Request to file a Local Rule 26(f) Report fifteen (15) days after this Honorable Court rules on the Defendant's *Motion to Dismiss*, if the *Motion to Dismiss* is denied in whole or in part.

- 4 -

| | |
|---|---|
| **RESPECTFULLY SUBMITTED,** <br> **THE PLAINTIFFS,** <br> **BY THEIR ATTORNEY,** | **RESPECTFULLY SUBMITTED,** <br> **VANESSA ROBERTS AVERY** <br> **UNITED STATES ATTORNEY** |
| /S/ | /S/ |
| **MICHAEL J. HABIB** (ct29412) <br> Willcutts & Habib LLC <br> 100 Pearl St., Fl. 14 <br> Hartford, CT 06103-4500 <br> Tel: (860) 249-7071 <br> Fax: (860) 863-4625 <br> E-Mail: Mike@InzitariLawOffice.com | **JOHN W. LARSON (ct28797)** <br> Assistant United States Attorney <br> District of Connecticut <br> 450 Main Street, Room 328 <br> Hartford, CT 06103 <br> T: (860) 947-1101 <br> F: (860) 760-7979 <br> E-Mail: john.larson@usdoj.gov |