# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL H. LOTTO et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 3:21-CV-1417 (VLB) |
| v. ) | |
| ) | |
| JEREMY S. TENDLER et al. ) | ECF No. 26 |
| ) | |
| Defendants. ) | |
| ) | JULY 5, 2022 |

## PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' *MOTION TO DISMISS*

*COME NOW* the Plaintiffs in the above-captioned action, MICHAEL H. LOTTO and ERNEST L. CANTEEN, by and through Undersigned Counsel, and hereby Respectfully *MOVE* this Honorable Court for a SIX (6) day extension of time within which to file a responsive pleading to Defendants' *Motion to Dismiss* (ECF # 14), up to and including July 11, 2022, pursuant to *D. Conn. L. Civ. R.* 7(b).

### COMPLIANCE WITH *LOCAL RULE* 7(B)(2)

Pursuant to *D. Conn. L. Civ. R.* 7(b)(2), the Undersigned inquired of Defendants' Counsel via e-mail as to the herein requested extension of time prior to the filing of this *Motion*. Defendants' Counsel has no objection to the requested extension.

1

This *Motion* is Plaintiffs' **SECOND** *Motion for Extension of Time* with respect to Plaintiffs' response to Defendants' *Motion to Dismiss*.

### BRIEF PROCEDURAL HISTORY

Plaintiffs filed this *Bivens* action under 42 USC §1983 against the Defendants, who are or were at all relevant times members of federal law enforcement, on October 25, 2021.  *See, generally,* Compl. (ECF # 1.) Defendants appeared, through Counsel, on April 1, 2022.  *See* Notice of Appearance (ECF # 11.)

Also on April 1, 2022, Defendants moved this Honorable Court, with Plaintiffs' consent, for an extension of time, through and including May 12, 2022, within which to file a responsive pleading to Plaintiffs' *Complaint*.  (ECF # 12.) By *Order* dated April 4, 2022, this Honorable Court (Bryant, J.) granted Defendants' consent *Motion for Extension of Time*.  (ECF # 13.)

On May 12, 2022, Defendants timely responded to Plaintiffs' *Complaint* by filing a *Motion to Dismiss* (ECF # 14), to which the instant *Motion for Extension of Time* pertains.  Further, on May 15, 2022, Defendants filed a *Motion to Stay*, to which Plaintiffs do not object, requesting a stay of deadlines and discovery pending resolution of Defendants' *Motion to Dismiss*.  This Honorable Court has deferred acting upon Defendants' *Motion to Stay* until after disposition of Defendants' *Motion to Dismiss* (ECF 22).  On June 10, 2022, the parties filed a *Joint Motion for Temporary Exemption from Local Rule 26(f) Obligations* (ECF

24).  On June 13, 2022, this Honorable Court also deferred ruling on the *Joint Motion* until after disposition of Defendants' *Motion to Dismiss* (ECF 25).

## ARGUMENT

Plaintiffs, through Undersigned Counsel, Respectfully Move this Honorable Court for an additional extension of six (6) days within which to file a responsive pleading to Defendants' *Motion to Dismiss* (ECF # 14), up to and including July 11, 2022, pursuant to *D. Conn. L. Civ. R.* 7(b).

In support thereof, the Undersigned avers that the additional period of time is necessary to complete drafting of Plaintiffs' *Response/Objection*, which is well underway, undertake edits and revisions, and to also assess the impact, if any, of the Supreme Court's recent decision in *Egbert v. Boule*, 596 U. S. \_\_\_\_ (2022), on Plaintiffs' opposition arguments and causes of action.

While drafting of Plaintiffs' opposition is well underway, the Undersigned traveled to northern New Hampshire for the Independence Day holiday weekend, to visit and spend time with family, the vast majority of whom reside in northern New Hampshire.  The four hour drive, each way, and time spent with family for the long holiday weekend, prevented the Undersigned from completing Plaintiffs' opposition to Defendants' *Motion to Dismiss*.

As a result, the Undersigned requires an estimated additional six (6) days in order to adequately respond to Defendants' *Motion to Dismiss* in this action.

## REQUEST FOR RELIEF

**WHEREFORE**, for the foregoing reasons, Plaintiffs Respectfully MOVE this Honorable Court for an extension of SIX (6) days within which to file a responsive pleading to Defendants' *Motion to Dismiss* (ECF # 14), up to and including July 11, 2022, pursuant to *D. Conn. L. Civ. R.* 7(b).

**RESPECTFULLY SUBMITTED,**
**THE PLAINTIFFS,**
**BY THEIR ATTORNEY,**

 /S/  Michael J. Habib, Esq. (CT29412)
**MICHAEL J. HABIB, ESQ.** (CT29412)
Willcutts & Habib LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
E-Mail: Mike@InzitariLawOffice.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ ) | |
| MICHAEL H. LOTTO et al.           ) | |
|                                                           ) | |
| Plaintiffs,      ) | |
|                                                           ) | CASE NO. 3:21-CV-1417 (VLB) |
| v.                                                     ) | |
|                                                           ) | |
| JEREMY S. TENDLER et al.      ) | ECF No. 26 |
|                                                           ) | |
| Defendants.  ) | |
| _____ ) | JULY 5, 2022 |

**CERTIFICATE OF SERVICE**

I hereby certify that on **JULY 5, 2022**, a copy of the foregoing **MOTION FOR EXTENSION OF TIME** was filed electronically and served by mail on anyone unable to accept electronic filing, in accordance with the following service list:

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's CM/ECF System.

Dated at **NEW HAVEN, CONNECTICUT** this **5TH** day of **JULY**, **2022**.

                                                                     /S/  Michael J. Habib, Esq. (CT29412)
                                                                     **MICHAEL J. HABIB, ESQ.** (CT29412)