# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL H. LOTTO et al. ) | |
| Plaintiffs, ) | CASE NO. 3:21-CV-1417 (VLB) |
| v. ) | |
| JEREMY S. TENDLER et al. ) | ECF No. 28 |
| Defendants. ) | JULY 11, 2022 |

## PLAINTIFFS' OBJECTION
## TO DEFENDANTS' *MOTION TO DISMISS*

*COME NOW* the Plaintiffs in the above-captioned action, **MICHAEL H. LOTTO** and **ERNEST L. CANTEEN**, by and through Undersigned Counsel, and Hereby Respectfully *OBJECT* to Defendants' *Motion to Dismiss* (ECF 14), and Respectfully Submit the concurrently filed *Memorandum of Law in Opposition to Defendants' Motion to Dismiss* (ECF 28), pursuant to *D. Conn. L. Civ. R.* 7(a)(2).

For the reasons more specifically set-forth in the concurrently filed *Memorandum of Law in Opposition to Defendants' Motion to Dismiss* (ECF 28), Plaintiffs have satisfactorily pled in *Count One* and *Count Two* of Plaintiffs' *Complaint* cognizable claims of violations, by all Defendants, of Plaintiffs' clearly established Constitutional rights.  Further, because Plaintiffs' claims allege violations by Defendants of clearly-established law, Defendants are not entitled to

qualified immunity.  As such, Defendants' *Motion to Dismiss* as to *Count One* & *Count Two* of the *Complaint* must be denied.

Finally, with respect to *Count Three* of Plaintiffs' *Complaint*, Plaintiffs concede that their malicious prosecution claim in *Count Three* is improperly pled under the *Sixth Amendment* due process clause, and rather ought to have been pled under the *Fourth Amendment*.  Further, Plaintiffs concede that *Count Three* of the *Complaint* cannot be amended to cure the deficiencies.  Unfortunately, and largely due to the COVID-19 Pandemic, Plaintiffs' criminal cases have not yet terminated despite the passage of almost four (4) years, and therefore Plaintiffs cannot amend *Count Three* at this time to plead a required element of a *Fourth Amendment* malicious prosecution claim—namely, that the criminal prosecutions have terminated in each Plaintiff's favor.

WHEREFORE, for the foregoing reasons and those more specifically elucidated in Plaintiffs' *Memorandum of Law in Opposition to Defendants' Motion to Dismiss* (ECF 28), Plaintiffs Respectfully OBJECT to Defendants' *Motion to Dismiss* (ECF 14) and Respectfully Pray that this Honorable Court DENY Defendants' *Motion to Dismiss* (ECF 14) as to *Count One* & *Count Two* of Plaintiffs' *Complaint*.

**RESPECTFULLY SUBMITTED,
THE PLAINTIFFS,
BY THEIR ATTORNEY,**

 /S/  Michael J. Habib, Esq. (CT29412)
**MICHAEL J. HABIB, ESQ.** (CT29412)
Willcutts & Habib LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
E-Mail: Mike@InzitariLawOffice.com