# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL H. LOTTO et al. ) | |
| Plaintiffs, ) | CASE NO. 3:21-CV-1417 (VLB) |
| v. ) | |
| JEREMY S. TENDLER et al. ) | ECF No. 28 |
| Defendants. ) | JULY 11, 2022 |

## CERTIFICATE OF SERVICE

I hereby certify that on **JULY 11, 2022**, a copy of the foregoing **OBJECTION TO DEFENDANTS' MOTION TO DISMISS and MEMORANDUM OF LAW IN OPPOSITION** were filed electronically and served by mail on anyone unable to accept electronic filing.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's CM/ECF System.

**Dated at NEW HAVEN, CONNECTICUT this 11TH day of JULY, 2022.**

                                                /S/  Michael J. Habib, Esq. (CT29412)
                                                **MICHAEL J. HABIB, ESQ.** (CT29412)