UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL H. LOTTO et al., | : | Case No. 3:21-cv-1417(VLB) |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JEREMY S. TENDLER et al., | : | |
|    Defendants. | : | July 14, 2022 |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY

Pursuant to Local Civil Rule 7(b), the defendants respectfully move the court for a seven-day extension of time, to and including August 1, 2022, within which to reply to the plaintiffs' memorandum in opposition to the defendants' motion to dismiss. In support of this motion, the defendants state as follows:

    1.    On October 25, 2021, the plaintiffs filed this three-count Bivens action against the twelve named defendants.

    2.    On May 12, 2022, all of the defendants filed a motion to dismiss the complaint (docket entry no. 14).

    3.    After extensions, the plaintiffs filed their opposition to the defendants' motion on July 11, 2022 (docket entry nos. 28 and 29).

    4.    Pursuant to Local Civil Rule 7(d), the defendants may file a reply brief by July 25, 2022.

    5.    There is good cause for the requested extension because the undersigned will be on a preplanned vacation during the week of July 18,

2022, and therefore will be out of the office for a large portion of the time within which the defendants may reply to the plaintiffs' objection.  As a result, the deadline cannot reasonable be met despite the diligence of counsel.

6.      This is the defendants' first motion for extension of time concerning their reply brief.

7.      Counsel for the plaintiffs does not object to the relief requested herein.

WHEREFORE, for the foregoing reasons, the defendants respectfully move the court for an extension of time of seven days, to and including August 1, 2022, within which to respond to file a reply to the plaintiffs' opposition to the defendants' motion to dismiss.

Respectfully submitted,

Vanessa Roberts Avery
United States Attorney

  /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov