UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL H. LOTTO and ERNEST CANTEEN | : <br> : <br> :    NO. 3:21-cv-1417-VLB |
| v. | : <br> : |
| JEREMY S. TENDLER, DAVID LINDBERG, JASON BOURDEAU, JESSE NASON, MARK SCICHLIONE, TONY LEBRON, STEVE COUGHLIN, STEVE BROWN, BRIAN MARTINEAU, JUSTIN LATHROP, JOE MASETTI, and COLIN HARTNETT | : <br> : <br> : <br> : <br> : <br> : <br> : |

## JUDGMENT

This action having come before the Court on defendants' Motion to Dismiss before the Honorable Vanessa L. Bryant, Senior United States District Judge; and the Court having considered the full record of the case including applicable principles of law, having issued a Memorandum of Decision granting defendants' motion, and dismissing the case; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered and this case is closed.

Dated at Hartford, Connecticut, this 10th day of January, 2023.

DINAH MILTON KINNEY, Clerk

By   /s/ Jeremy J. Shafer
      Jeremy Shafer
      Deputy Clerk

EOD: 1-10-2023